# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re: OMAR IKARIDEN            )
                                )   BK- 01-22379-bam
                                )   Chapter 13
                                )
                                )   Hearing Date: N/A
          Debtor                )   Hearing Time: N/A

## DEFICIENCY NOTICE ON MOTION TO PAY UNCLAIMED FUNDS

The request for payment of Unclaimed Funds that was submitted by <u>Dilks & Knopik c/o NCO Financial</u> has been found deficient.  The documents were received and filed with the U.S. Bankruptcy Court Clerk's Office.  If the following deficiencies are remedied, an order will be forwarded to the judge.

    ___ $26.00 File search fee.
    ___ Motion to Payment of Unclaimed Funds.
    ___ Affidavit for reimbursement.
    ___ Affidavit of service to the U.S. Attorney.
    _X_ Limited power of attorney or assignment.
    _X_ Fee agreement required by local rule 3011(a)(1)(B)
    ___ Supporting documentation required (see comments)
    _X_ Photocopy of current identification
    ___ Address is not the same as on the original Notice of Unclaimed Funds.
    ___ Fees have been paid out previously on schedule #_____
    ___ Other _____

Comments: <u>The Limited power of attorney is not dated and expired within 180 days.</u>

Unless otherwise noted, the original documentation has been filed and docketed.  **Your request cannot be processed until this documentation is filed with the court.**

If you have any questions, contact the Unclaimed Funds Department at (702) 527-7086 or Financial@nvb.uscourts.gov

Date:   10/13/2010

                Karina Magallanes
                Deputy Clerk

## CERTIFICATE OF MAILING

I certify that a copy of this notice was mailed to the submitting parties listed above, on 10/14/2010 by <u>K.Magallanes</u> .

Updated 11/09